UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAYER ZAKS, et al.,

                   Appellants,

v.

MOSDOS CHOFETZ CHAIM INC., et al.,

                   Appellees.

-------------------------------------------------------------X

**<u>ORDER</u>**

21-cv-05654 (PMH)

21-cv-05679 (PMH)

PHILIP M. HALPERN, United States District Judge:

       Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled for the following matters:

- The appeal from the Bankruptcy Court's May 25, 2021 order issued in Adversary Proceeding No. 21-7023, which is fully briefed and docketed at Appeal No. 21-CV-05654; and

- The motion to withdraw the bankruptcy reference, which is fully briefed and docketed at Case No. 21-CV-05679.

       Oral argument on both matters will be held on January 5, 2022 at 10:30 a.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 520, White Plains, New York 10601.

       All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

SO ORDERED:

Dated:  White Plains, New York
        December 22, 2021

_____
Philip M. Halpern
United States District Judge