# LEVINE & ASSOCIATES, P.C.
## ATTORNEYS-AT-LAW

15 Barclay Road
Scarsdale, New York  10583
e-mail: ml@LevLaw.org
Fax  (914) 725-4778
Telephone  (914) 600-4288

July 7, 2022

**Via ECF and e-mail**

Hon. Philip M. Halpern, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: In re: Mosdos Chofetz Chaim Inc.*
*Congregants of Mosdos v. Mosdos (21-cv-5654-PMH)*

Dear Judge Halpern:

As the Court is aware, the undersigned is counsel to certain of the Appellees in the above-referenced (now disposed of) appeal. On January 6, 2022, this Court affirmed the injunction issued by the Bankruptcy Court (Judge Drain) and the Appellant (Rabbi Mayer Zaks) appealed to the Second Circuit. On May 24, 2022, Rabbi Mayer Zaks brought an "emergency" motion to the Second Circuit seeking to stay the injunction that this Court had affirmed pending his appeal from this Court's affirmance order. Yesterday, the Second Circuit denied that request. A copy of the order in that regard is attached for this Court's edification.

Thank you for your attention.

Respectfully,

s/ *Michael Levine*

MICHAEL LEVINE

cc. Robert Spolzino, Esq. (via email rspolzino@abramslaw.com)

S.D.N.Y.<br>
21-cv-5654<br>
Halpern, J.<br>
Drain, B.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand twenty-two.

Present:
        Debra Ann Livingston,
            *Chief Judge*,
        José A. Cabranes,
        Raymond J. Lohier, Jr.,
            *Circuit Judges.*

---

In Re: Mosdos Chofetz Chaim, Inc.,

---

Mayer Zaks
        *Appellant*,

v.     22-270

Mosdos Chofetz Chaim, Inc.,

        *Debtor-Appellee*,

Chofetz Chaim Inc., Aryeh Zaks, Congregation Radin Development Inc.,

        *Appellees.*

---

Appellant moves for a stay pending appeal of the bankruptcy court's May 24, 2021 and May 25, 2021 orders enjoining him from entering onto a property with disputed ownership, which were affirmed by the district court. Appellant also moves to hold the instant appeal in abeyance pending resolution of a separate appeal, involving the same parties, now before this Court, in *In Re: Mosdos Chofetz Chaim Inc.*, 2d Cir. 22-33.

CERTIFIED COPY ISSUED ON 07/06/2022

Upon due consideration, it is hereby ORDERED that the motion for a stay pending appeal is DENIED, *New York v. U.S. Dep't of Homeland Sec.*, 974 F.3d 210, 214 (2d Cir. 2020), and the motion to hold the appeal in abeyance is GRANTED. *Rodriguez v. Gusman*, 974 F.3d 108, 113 (2d Cir. 2020).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*/s/ Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*/s/ Catherine O'Hagan Wolfe*